# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESSICA J. GEARHART,**
        **Plaintiff,**

**-vs-**                               **Case No. 6:08-cv-1582-Orl-28KRS**

**COMMUNITY READERS CLUB OF
CENTRAL FLORIDA, INC.,
ANTHONY GUGINO, JR.,**
        **Defendants.**
_____

## ORDER

This case is before the Court on Motion for Adrienne E. Trent and Enrique, Smith & Trent, P.L. to Withdraw as Counsel for Defendants (Doc. No. 28) filed January 26, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted and a default be entered against both Defendants.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 8, 2010 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Clerk of the Court is directed to enter a default against both Defendants.

3. The Motion for Adrienne E. Trent and Enrique, Smith & Trent, P.L. to Withdraw as Counsel for Defendants is **GRANTED.**

4. The Second Motion to Reopen Case (Doc. 31) and the Amended Motion to Amend Plaintiff's Complaint (Doc. 33) are **DENIED as moot.**

5. Plaintiff shall file a motion for entry of default judgment within the time provided by the rules of the Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party